Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiffs
ALLEN ANSARI and MIRJANA ANSARI

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEN ANSARI and MIRJANA ANSARI,<br><br>Plaintiffs,<br>v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation, and MICHELLE J. PEMBLETON, individually and in her official capacity,<br><br>Defendants. | Case No. 3:11-CV-03542-EMC<br><br>**STIPULATION OF DISMISSAL AND [~~PROPO~~SED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, ALLEN ANSARI and MIRJANA ANSARI, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiffs, ALLEN ANSARI and MIRJANA ANSARI, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1  Dated: December 20, 2012                    /s/ Fred W. Schwinn
                                               Fred W. Schwinn, Esq.
2                                              Attorney for Plaintiffs
                                               ALLEN ANSARI and MIRJANA ANSARI
3

4

5  Dated: December 20, 2012                    /s/ William S. Weisberg
                                               William S. Weisberg, Esq.
6                                              Attorney for Defendant
                                               ABC LEGAL SERVICES, INC.
7

8

9  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
10

11  Dated:   1/10/13
                                               _____
12                                             The Honorable
                                               Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER          Case No. 3:11-CV-03542-EMC