1

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.

2

12 South First Street, Suite 1014
San Jose, California  95113-2418

3

Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190

4

Email Address: fred.schwinn@sjconsumerlaw.com

5

Attorney for Plaintiffs

6

ALLEN ANSARI and MIRJANA ANSARI

7

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| ALLEN ANSARI and MIRJANA ANSARI, | Case No. 3:11-CV-03542-EMC |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| ABC LEGAL SERVICES, INC., a Washington corporation, and MICHELLE J. PEMBLETON, individually and in her official capacity, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

11

12

13

14

15

16

17

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, ALLEN ANSARI and MIRJANA ANSARI, and

18

Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

19

1.    The dispute between the parties has been settled, therefore, the claims asserted by

20

Plaintiffs, ALLEN ANSARI and MIRJANA ANSARI, against Defendants, ABC LEGAL SERVICES,

21

INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with

22

23

prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

- 1 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER          Case No. 3:11-CV-03542-EMC

1  Dated:  December 20, 2012                    /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
2                                               Attorney for Plaintiffs
3                                               ALLEN ANSARI and MIRJANA ANSARI

4
   Dated:  December 20, 2012                    /s/ William S. Weisberg
5                                               William S. Weisberg, Esq.
                                                Attorney for Defendant
6                                               ABC LEGAL SERVICES, INC.

7

8

9  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
10

11 Dated: _____1/10/13_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER        Case No. 3:11-CV-03542-EMC